THE WILLIAM BUCHANAN FOUNDATION (UNIVERSITY OF TEXAS) V. JOHN BEN SHEPPERD.

No. A-5568. Decided April 11, 1956.
(289 S.W. Series 553)

*Black & Stayton, Scott Gaines* and *Ruper P. Harkrider,* all of Austin, for petitioners.

*John Ben Shepperd,* Attorney General, *W. P. Geppert, Marietta McGregor Payne* and *William H. Holloway,* Assistants to Attorney General, for respondent.

PER CURIAM.

On agreed motion of the parties the judgments of the District Court and Court of Civil Appeals, 283 S.W. 2d 325, in above cause are reversed, and the cause is remanded to the trial court with instructions to enter such orders and decrees and to take such further action as may be required to effectuate the agreement of the parties.

Costs of appeal are assessed against petitioner, William Buchanan Foundation.

Opinion delivered April 11, 1956.